UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:17-cv-22697-KMW

CLARA MAE STRACHAN,

       Plaintiff,

v.

SAM'S EAST, INC.

       Defendant.
_____/

## SAM'S EAST INC'S RESPONSE TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

Sam's East Inc., by and through the undersigned legal counsel, and pursuant to Local Rule of Civil Procedure 7.1 (F), files this Response to Plaintiff's Counsel's Motion for Leave to Withdraw as Counsel of Record [D.E. 15], and herby notifies this Honorable Court that it has no objection to Plaintiff's Counsel's Motion.

**Dated: October 12, 2017**

                                                    Respectfully submitted,

                                                    /s/ *Schuyler A. Smith*
                                                    Jerry D. Hamilton, Esq.
                                                    Florida Bar No. 970700
                                                    jhamilton@hamiltonmillerlaw.com
                                                    Schuyler A. Smith, Esq.
                                                    Florida Bar No. 70710
                                                    ssmith@hamiltonmillerlaw.com
                                                    HAMILTON, MILLER & BIRTHISEL, LLP
                                                    *Attorneys for Sam's East, Inc.*
                                                    150 Southeast Second Avenue, Suite 1200
                                                    Miami, Florida 33131-2332
                                                    Telephone:   (305) 379-3686
                                                    Facsimile:   (305) 379-3690

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 12, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

/s/ *Schuyler A. Smith*
Schuyler A. Smith, Esq.

## SERVICE LIST

*Attorneys for Plaintiff*
Michael W. Wallace, Esq.
Law Offices of Robert J. Fenstersheib
& Associates, P.A.
520 West Hallandale Beach Blvd.
Hallandale Beach, Florida 33009
Telephone: (954) 456-2488
Facsimile: (954) 252-2139
mwallace@fenstersheib.com
mww-pleadings@fenstersheib.com